1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JORGE HIDALGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-13-158-TLN |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| JORGE HIDALGO, | ) |
|  | ) Date: August 29, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTIAAN HIGHSMITH, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for JORGE HIDALGO, that the status conference hearing date of June 20, 2013 be vacated, and the matter be set for status conference on August 29, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 29, 2013 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 19, 2013. Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


/s/ Douglas Beevers
DOUGLAS BEEVERS
Designated Counsel for Service
Attorney for JORGE HILDAGO

DATED: June 19, 2013. BENJAMIN WAGNER
United States Attorney


/s/ Douglas Beevers for
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 20, 2013, status conference hearing be continued to August 29, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the August 29, 2013 status conference shall be excluded from computation of time within

which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 19, 2013

Troy L. Nunley
United States District Judge